**HEALTHTRIO LLC, a Colorado Limited Liability Company, Plaintiff-Appellant**

v.

**AETNA, INC., a Pennsylvania Corporation, ActiveHealth Management Inc., a Delaware Corporation, Medicity Inc., a Delaware Corporation, Defendants-Appellees**

2016-1034

United States Court of Appeals, Federal Circuit.

Date January 18, 2017

J. MICHAEL JAKES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by DONALD ROBERT DUNNER, CHARLES THOMAS COLLINS-CHASE; J. GREGORY WHITEHAIR, Whitehair Law Firm, LLC, Lakewood, CO; JENNIFER KROELL FISCHER, Fischer Law Firm, PC, Denver, CO.

STEVEN P. PETERSEN, Leydig, Voit & Mayer, Ltd., Chicago, IL, argued for defendants-appellees. Also represented by JOHN KNOX WINN; IGOR PIRYAZEV, MATTHEW B. LEHR, Davis Polk & Wardwell LLP, Menlo Park, CA.

**JUDGMENT**

Per Curiam (Lourie, Wallach, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.